IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

UNITED STATES OF AMERICA,
        Plaintiff,

v.                                      Criminal No. 1:11CR10040-001

JOAQUIN JACKSON,
        Defendant.

## FINAL ORDER OF FORFEITURE

On February 8, 2012, the Court entered a Preliminary Order of Forfeiture in this case in accordance with Fed.R.Crim. P. 32.2(b) (Doc. 42). In the Preliminary Order of Forfeiture, the following assets were forfeited to the United States: one Glock .40 caliber pistol, serial number NAW148, and $4,000.00 in U.S. currency.

The United States was required to publish notice of this order pursuant to Fed.R.Crim. P. 32.2(b)(6) and 18 U.S.C. § 982(b)(1), incorporating by reference 21 U.S.C. 853(n)(1). On July 10, 2012, an attorney for the United States filed a Notice of Proof of Publication, showing that for 30 days, notice of the Court's Preliminary Order of Forfeiture was advertised on www.forfeiture.gov. No third party claims have been filed.

Accordingly it is hereby ORDERED, DECREED, AND ADJUDGED:

That based upon the guilty plea and the plea agreement of the parties, pursuant to Fed.R.Crim.P. 32.2(b)(4), the Preliminary Order of Forfeiture entered on July 10, 2012, shall become final at this time.

IT IS SO ORDERED this 20th day of July, 2012.

U.S. DISTRICT COURT
WESTERN DIST ARKANSAS
FILED

JUL 20 2012

CHRIS R. JOHNSON, Clerk
By
    Deputy Clerk

_____
HONORABLE HARRY F. BARNES
UNITED STATES DISTRICT JUDGE